UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CASTRO,<br><br>             Plaintiff,<br><br>       v.<br><br>JPMORGAN CHASE BANK N.A., et al.,<br><br>             Defendants. | Case No. 14-cv-01539-NC<br><br>**ORDER DENYING PROPOSED STIPULATED PROTECTIVE ORDER** |

On November 18, 2014, JPMorgan filed a declaration in support of an attached proposed protective order. Dkt. No. 33. After review, the Court denies the proposed protective order. The proposed protective order is missing important pieces. For instance, it fails to outline a process for challenging confidentiality designations.

The Court orders the parties to file a new proposed stipulated protective order within the next seven days. The parties must use as a starting point the Northern District's model stipulated protective order, which can be found on the Court's website ("Stipulated Protective Order for Standard Litigation").

**IT IS SO ORDERED.**

Dated: January 15, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-01539-NC