Robert E. Ormiston, Esq. (SBN #141857)
bob@reolawca.com
Law Office of Robert E. Ormiston
One Sansome Street, Suite 3500
San Francisco, CA 94104
(800) 214-7990 Phone
(866) 574-0126 Fax

Attorneys for Plaintiff PETER CASTRO, TRUSTEE
OF THE PETER CASTRO TRUST CREATED
ON SEPTEMBER 21, 2000

Scott J. Ivy, (SBN #197681)
sji@lrplaw.net
Alice M. Dostálová-Busick, #244513
amd@lrplaw.net
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 229-6727 Fax

Attorneys for Defendant JPMORGAN CHASE BANK N.A.
(also erroneously sued as CHASE)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| PETER CASTRO, TRUSTEE OF THE PETER CASTRO TRUST CREATED ON SEPTEMBER 21, 2000;<br><br>   Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; CHASE; AND DOES 1-100, Inclusive,<br><br>   Defendants. | Case No.  3:14-CV-01539 NC<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br><br>Judge: Nathanael Cousins |

   This Stipulation for Dismissal is entered into by and between Plaintiff PETER CASTRO, TRUSTEE OF THE PETER CASTRO TRUST CREATED ON SEPTEMBER 21, 2000 ("Plaintiff") and Defendant JPMORGAN CHASE BANK, N.A. (also erroneously sued as "Chase")

(hereinafter "Defendant") (collectively referred to as the "Parties"). The Parties hereby stipulate that this action shall be dismissed with prejudice and that each party shall bear their own costs and expenses, including attorneys' fees.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: March 27, 2015    LAW OFFICE OF ROBERT E. ORMISTON

By:  /s/ Robert E. Ormiston
Robert E. Ormiston, Esq.
Attorneys for Plaintiff PETER CASTRO, TRUSTEE OF THE PETER CASTRO TRUST CREATED ON SEPTEMBER 21, 2000

Dated: March 27, 2015    LANG, RICHERT & PATCH, P.C.

By:  /s/ Scott J. Ivy
Scott J. Ivy, Esq.
Attorneys for Defendant JPMORGAN CHASE BANK N.A. (also erroneously sued as CHASE)

**PURSUANT TO STIPULATION IT IS SO ORDERED** that this case is hereby dismissed with prejudice, each party to bear their own costs and expenses, including attorneys' fees.

DATED: March 30, 2015

_____
HONORABLE NATHANAEL M. COUSINS

[GRANTED — Judge Nathanael M. Cousins, United States District Court, Northern District of California]